UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CONSOLIDATED ACTION

| | | |
|---|---|---|
| GEORGE R. EVANS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 7:15-CV-252-BO |
| CHRISTOPHER CAPPS, *et al.* | ) ) | |
| Defendants. | ) ) ) | |
| GEORGE R. EVANS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 7:17-CV-4-BO |
| CHRISTOPHER CAPPS, et al., | ) ) ) | |
| Defendants. | ) | |

## PROTECTIVE ORDER

The North Carolina State Bureau of Investigation, a non-party to this action, filed herein its Motion for a Protective Order concerning a subpoena issued to it by the Plaintiff and seeking SBI records concerning an investigation by the SBI into a shooting incident involving the Plaintiff. The SBI represents that such records are confidential and not subject to public inspection without court order. For good cause shown, the Court does ORDER that the SBI shall produce such records and all such records will be subject to the same conditions as set forth in the Court's Order of 13 November 2017 [D.E.197], paragraphs numbered 1 through 12 on pages 3 through 5 of that Order.

SO ORDERED this the 18 day of December, 2017.

          _____
          Robert B. Jones, Jr.
          United States Magistrate Judge